**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Marilyn I. Claudio,<br><br>Debtor. | Case No. 26-14466<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on October 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: October 23, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee**

# Method of Service: First Class Mail

Hospital of the University of Pennsylvania
3400 Spruce St RAVDIN 1
Philadelphia, PA 19104-4238

January Technologies, Inc.
176 Grand Street 4th Floor
New York, NY 10013

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

Jefferson Hospital
111 S 11th St
Philadelphia, PA 19107

Labcorp
Attn: Bankruptcy
358 S Main St
Burlington, NC 27215-5837

LVNV Funding LLC/Resurgent Capital Services
Resurgent Correspondence, Attn:
Bankruptcy PO Box 1269
Greenville, SC 29602

Michael Ratchford, Esq
54 Glenmaura National Blvd Ste 104
Moosic, PA 18507-2161

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Opploans**
Attn: Bankruptcy
P.o. Box 5040
Fredericksburg, VA 22403

**Pennsylvania Housing Finance Agency**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

**Premier Bankcard**
Po Box 1348
Sioux Falls, SD 57101-1348

Synchrony Bank/Lowes
Bankruptcy
PO Box 965060
Orlando, FL 32896

Temple Health
Attn: Bankruptcy
3401 N Broad St
Philadelphia, PA 19140

Viva Finance
Attn: Bankruptcy
1447 Peachtree St. NE STE 700
Atlanta, GA 30309

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617